■ ROBERT G. DOUGLAS, Appellant, v. THADDEUS G. BENTON, Respondent. — Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Bergan, JJ. [7 Misc 2d 872.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULIO PEREZ, Appellant.— The defendant was convicted in the Court of Special Sessions of unlawfully possessing a burglar's tool (Penal Law, § 408). The record in this case discloses that he was apprehended six feet away from an automobile whose right front window vent was broken. At the time of this arrest, the defendant had a 12-inch screw driver in his possession, although it does not appear where on his person it was found. The defendant stated it had been given to him by a friend. No proof was offered to connect the defendant with the breaking of the window. The mere possession of a tool ordinarily used for legitimate purposes, cannot be translated into the kind of possession or use condemned by the statute, in the absence of circumstances evidencing an intent to use it for an unlawful purpose. (*People* v. *Spillman*, 309 N. Y. 295, 299, 300; *People* v. *Holzman*, 232 N. Y. 553.) Many of the circumstances in this case are as consistent with innocence as with guilt. It was error, therefore to find the defendant guilty of the crime charged. (*People* v. *Weiss*, 290 N. Y. 160, 163; *People* v. *Woltering*, 275 N. Y. 51, 61; *People* v. *Suffern*, 267 N. Y. 115, 127; *People* v. *Fitzgerald*, 156 N. Y. 253, 258.) The judgment of conviction is reversed on the law and the facts and the information is dismissed. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Bergan, JJ.

■ OTTO AUGUSTEIN et al., Respondents, v. SKIATRON ELECTRONICS AND TELEVISION CORPORATION, Appellant, et al., Defendants.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FREDERICK PROSSER, Appellant.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Bergan, JJ.

■ CARMINE MENNELLA et al., as Copartners Doing Business under the Name of J. FRED MUGGS ENTERPRISES, Respondents, v. DAVE GARROWAY et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Bergan, JJ.

■ MARIA NEUBAUER, Respondent, v. JULIUS NEUBAUER, Appellant.— Order unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bergan, JJ.

■ In the Matter of JACK RYBACK, Appellant, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, Respondents, and SENVILLE-35TH STREET REALTY CORP., Intervenor-Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MATILDA CARMAN, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bergan, JJ.